IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY L. DRAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 1:19-cv-00224-LMM |
| VIMESH 2012 INC and ) | |
| THE W. W. FOWLER FAMILY ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of all parties. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: April 8, 2019.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich

1

Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on April 8, 2019, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy to be delivered to the following counsel of record via electronic mail:

Ezra B. Jones, III, Esq.
Attorney at Law
305 Crosstree Lane
Atlanta, Georgia 30328
Tel: (678) 576-8253
Fax: (678) 576-8253
ezrajoneslaw.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

3

<u>/s/Craig J. Ehrlich</u>
Craig J. Ehrlich