IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESTINY L. DRAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 1:19-cv-00224-LMM |
| VIMESH 2012 INC and | ) |
| THE W. W. FOWLER FAMILY | ) |
| LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendants. | ) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Destiny L. Drake and Defendant The W. W. Fowler Family Limited Partnership, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice as to said Defendant, without an award of fees or costs to either party. Plaintiff further requests herein that Defendant Vimesh 2012 Inc be voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and thus the foregoing action be dismissed in its entirety with prejudice.

Dated: April 17, 2019.

Respectfully submitted,

<u>/s/Craig J. Ehrlich</u>
Craig J. Ehrlich

1

Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/Ezra B. Jones, III
Ezra B. Jones, III
Georgia Bar No. 400125
305 Crosstree Lane
Atlanta, Georgia 30328
Tel: (678) 576-8253
Fax: (678) 669-1874
ezrajoneslaw.com

## CERTIFICATE OF SERVICE

I certify that on April 17, 2019, I filed the within and foregoing Stipulation of Dismissal with Prejudice With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy to be delivered to the following counsel via electronic mail:

Ezra B. Jones, III, Esq.
305 Crosstree Lane
Atlanta, Georgia 30328
Fax: (678) 576-8253
ezrajoneslaw.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich